ORIGINAL

OSHIRO_K.dft

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00018 |
| Plaintiff, ) | |
| vs. ) | REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT |
| KERINA S. OSHIRO, ) | |
| Defendant. ) | |

REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM:

Plaintiff, United States of America, hereby requests entry of default and default judgment by the Clerk against Defendant, KERINA S. OSHIRO, in the sum of $38,591.01 (principal $17,600.00 + interest $20,991.01), plus interest at the statutory rate until judgment and at the post-judgment rate thereafter; together with costs, including $350.00 in filing fees under 28 U.S.C. § 1914(a).

//
//
//
//

1  Defendant has failed to answer or plead or otherwise appear in the above-entitled action
2  within the time required by law. Upon Declaration attached hereto, please enter the default of
3  defendant in this case. This request is made in accordance with Rules 55(a) and (b)(1) of the
4  Federal Rules of Civil Procedure.

  DATED: 8/3/06, at Hagåtña, Guam.

  LEONARDO M. RAPADAS
  United States Attorney
  Districts of Guam and the NMI

  By: /s/ Marivic P. David
  MARIVIC P. DAVID
  Assistant U.S. Attorney