ORIGINAL

OSHIRO_K.dft

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KERINA S. OSHIRO, <br><br> Defendant. | CIVIL CASE NO. 06-00018 <br><br> DECLARATION OF <br> MARIVIC P. DAVID |

DECLARATION OF MARIVIC P. DAVID

I, MARIVIC P. DAVID, declare that:

1. I am the Assistant U.S. Attorney who represents plaintiff in this action.

2. Defendant resides within the Territory of Guam.

3. According to available records and my best information and belief, the Defendant is not an infant or incompetent person and is not in the military service of the United States within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act.

4. Defendant KERINA S. OSHIRO has been properly served with the Summons and Complaint on July 10, 2006, as shown on the attached copy of the United States Marshals Service Return of Service and Summons.

//

5. Defendant has failed to appear or file an answer within the time required by law.

6. The default of defendant herein and judgment against her as prayed for in the complaint should be entered.

7. The claim of the plaintiff, United States of America, is for a sum certain in a complaint for a debt owed the Department of Health and Human Services (HHS). There is now due and owing from defendants to plaintiff, the sum of $38,591.01 (principal $17,600.00 + interest $20,991.01), plus interest at the statutory rate until judgment and at the post-judgment rate thereafter; together with costs, including $350.00 in filing fees under 28 U.S.C. § 1914(a).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: _____8/3/06_____, at Hagåtña, Guam.

MARIVIC P. DAVID
Assistant U.S. Attorney

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CIV 06-00018 |
| DEFENDANT | TYPE OF PROCESS |
| KERINA S. OSHIRO | SERVICE OF COMPLAINT & SUMMONS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Kerina S. Oshiro

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

[redacted] Yigo, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
Financial Litigatino Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

ssn [redacted]-5649  [redacted]

Last known home no. [redacted]. Last knwon employer is Guam Department of Education nka Guam Public Shool System, Special Educatin Division. Last known work no. 475-05[?]5.

Signature of Attorney or other Originator requesting service on behalf of:
MARIVIC P. DAVID, AUSA
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (671) 472-7332
DATE: 7/7/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 093 | District to Serve No. 093 | Signature of Authorized USMS Deputy or Clerk | Date: 7/7/2006 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*):
Walter Gray, Special Deputy US Marshal

Address (*complete only if different than shown above*):
* Winchell's "Donut Shop"
Mangilao, Guam 96923

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/10/2006
Time: 08:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA

V.

KERINA S. OSHIRO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-00018**

TO: (Name and address of Defendant)
Kerina S. Oshiro
~~[address redacted]~~
Yigo, Guam 96929

**FILED**
DISTRICT COURT OF GUAM
JUL 13 2006
MARY L.M. MORAN
CLERK OF COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARIVIC P. DAVID
Assistant United States Attorney
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam  96910

an answer to the complaint which is served on you with this summons, within   **Twenty (20)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L.M. MORAN
CLERK

(By) DEPUTY CLERK

DATE   JUL - 7 2006

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 07/10/06 |
| NAME OF SERVER (PRINT) Walter Arney | TITLE Special Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Mangilao, Guam

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/10/06
                     Date            Signature of Server

                                   Tamuning, Guam
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.