ORIGINAL

OSHIRO_K.dft

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG -8 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00018 |
| Plaintiff, ) | |
| vs. ) | ENTRY OF DEFAULT |
| KERINA S. OSHIRO, ) | |
| Defendant. ) | |

In this cause, Defendant KERINA S. OSHIRO having been regularly served with process, as appears from the record and papers on file herein, and having failed to answer the Plaintiff's complaint or otherwise appear, and the time for answering having expired;

NOW, on application of Marivic P. David, attorney for Plaintiff, the default of defendant KERINA S. OSHIRO is hereby entered herein according to law.

DATED: August 7, 2006, Hagåtña, Guam.

MARY L.M. MORAN
Clerk of Court
District Court of Guam

RECEIVED
AUG - 3 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM