OSHIRO_K.dft

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00018 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFAULT JUDGMENT |
| ) | |
| KERINA S. OSHIRO, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

In the above-entitled action, Defendant KERINA S. OSHIRO was properly served with the Summons and Complaint; defendant KERINA S. OSHIRO failed to appear or answer within the time provided by law; and default has been duly entered. A declaration on behalf of the plaintiff required by Rule 55 has been filed setting forth the amounts due to plaintiff from the defendant in accordance with the prayer of the complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

//

//

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiff, United States of America, against defendant KERINA S. OSHIRO, in the total in the sum of $38,591.01 (principal $17,600.00 + interest $20,991.01), plus interest at the statutory rate until judgment and at the post-judgment rate thereafter; together with costs, including $350.00 in filing fees under 28 U.S.C. § 1914(a).

DATED: August 7, 2006, Hagåtña, Guam.

*Mary L.M. Moran*
MARY L.M. MORAN
Clerk of Court
District Court of Guam

RECEIVED
AUG - 3 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM