# DISTRICT COURT OF GUAM
**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KERINA S. OSHIRO,<br><br>        Defendant. | Case No. 1:06-cv-00018<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry dated on 08/09/2006* on the date indicated below:

> *U.S. Attorney's Office*
> *August 9, 2006*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

> *Notice of Entry dated 08/09/2006*

was served on the above listed entity in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 10, 2006                                /s/ Rosita P. San Nicolas
                                                                      Chief Deputy Clerk