ORIGINAL

OSHIRO_K.dft

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 06-00018 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| KERINA S. OSHIRO, ) | |
| Defendant. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Request for Entry of Default and Default Judgment, Declaration of Marivic P. David, Entry of Default** and **Default Judgment** were sent to the defendant by certified and regular mail on _August 17, 2006_, at Defendant's last known address of P.O. Box XXXXX, Yigo, Guam 96929.

MICHELLE PEREZ

