ORIGINAL

OSHIRO_K.setaside

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 26 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00018 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO SET ASIDE DEFAULT JUDGMENT** |
| KERINA S. OSHIRO, | |
| Defendant. | |

Plaintiff, United States of America, respectfully requests that the Court set aside the default judgment in this case. In support thereof, Plaintiff states as follows:

1. A complaint was filed in this court on July 7, 2006. A copy of the summons and complaint were served on Defendant by Special Deputy U.S. Marshal Walter Gray at Winchell's Donut Shop in Mangilao, Guam on July 10, 2006.

2. Default judgment was entered in this case on August 8, 2006 in the United States District Court of Guam.

3. On September 5, 2006, the Department of Health and Human Services, Debt Management Branch, Program Support Center, received from defendant a completed Annual Payback Activities Certification (APAC), which was a required annual submission under the National Research Service Award program.

//

4. On September 15, 2006, our office received confirmation that the submitted APAC form was approved by the National Research Service Award Payback Service Center, of the National Institutes of Health, Department of Health and Human Services, and the obligation has been satisfied. See Attachment "A."

5. F.R.Cv.P. 55(c) provides:

> For good cause shown the court may set aside an entry of default and, if a judgment by default has been entered, may likewise set it aside in accordance with Rule 60(b).

F.R.Cv.P. 60(b) provides:

> On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: . . . (5) the judgment has been satisfied, released, or discharged . . . or (6) any other reason justifying relief from the operation of judgment.

WHEREFORE, Plaintiff United States of America respectfully requests the Court set aside the Default Judgment entered August 8, 2006.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Attorneys of the Plaintiff

- 2 -
Case 1:06-cv-00018   Document 10   Filed 09/26/2006   Page 2 of 4

Form Approved Through 10/31/06
OMB No. 0925-0002

Department of Health and Human Services - Public Health Service

# Ruth L. Kirschstein National Research Service Award
## Annual Payback Activities Certification (APAC)

*PLEASE TYPE* See instructions and Privacy Act Information in separate letter. Please complete applicable sections. The form can also be downloaded from http://grants.nih.gov/grants/funding/forms.htm. Notes a copy for your files.

4. Description of a) health-related research/teaching activities, b) lab of research/teaching duties, and c) source of salary support. Include number of hours per week if not full time.

a. Effectiveness of substance abuse prevention interventions with at-risk minority adolescent girls - Ewa Beach, HI.

b. Health-behavioral research, evaluation research, substance abuse prevention research.

c. SAMHSA, U.S. Department of HHS (minimum of 20 hours/week)

## Section I – Payback Status (Check applicable block(s))

1. ☐ Have not engaged in payback service during reporting period *(Complete Section III)*
2. ☐ Have elected to engage in financial payback *(Complete Section IV)*
3. ☐ Request an extension of the 2-year period in which to initiate payback service. Check this box if you need an extension to participate as any of the NIH Loan Repayment Programs *(Specify need and length of extension under Section II, Item 4, complete Section IV)*
4. ☒ Have been engaged in continuous payback service during reporting period *(Complete Sections II, III, and IV)*

## Section III – Employment Information When Engaged in Payback

NAME AND ADDRESS OF EMPLOYING ORGANIZATION
School of Social Work - SWVERU
University of Hawaii, Manoa
Honolulu, Hawaii 96822

NAME OF SUPERVISOR
Velma Kameoka, Ph.D.

TITLE
Professor, Director of Social Welfare Evaluation Unit - SWVERU

SIGNATURE OF SUPERVISOR OR OF RECORD
[signature]                DATE 9/26/06

*If supervisor is unwilling or deceased or if you, the recipient, are self-employed, provide notarized statement that reported employment information is correct.*

## Section II – Payback Service Description

1. Number of months engaged in payback during this reporting period: **24**
   Dates: (mm/dd/yy - mm/dd/yy) **07/01/97 - 07/01/99**

2. Position Title: **Research Assistant/Evaluation Coordinator**

3. Payback Service
   a. ☐ Full-time person with biomedical or behavioral health-related research, health-related teaching, and/or health-related activities as primary activity
   b. ☒ Other (part-time) where biomedical or behavioral health-related research, health-related teaching, and/or health-related activities averages at least 20 hours per week or is full work year

## Section IV – Certification of Kirschstein NRSA Recipient

I certify that all of the above information is true, complete, and correct to the best of my knowledge. (A willfully false certification is a criminal offense, U.S. Code, Title 18, Section 1001)

SIGNATURE: [signature]                DATE Sept. 1, 2006

SOCIAL SECURITY NO: [redacted]-5649
DAYTIME TELEPHONE NO: 1-671-[redacted]
E-MAIL: [blank]

## Section V – Acceptance by PHS Official *(leave blank)*

NAME AND TITLE OF PHS OFFICIAL
Michelle Freese
Grants Payback Specialist, NRSA, NIH

SIGNATURE: [signature]                DATE 9/5/06

Extension date: [blank]
Payback service to begin or resume: [blank]
Number of months of acceptable service this reporting period: 24 (payback)

## Section VI – Recipient Name and Address Update

Kerrig S. Oshiro

31-1 (Rev 10/05)

[A]

**NAME AND ADDRESS** *(Please correct if name and/or address has changed)*
Karine B. Oshiro P.O. Box ████ Yigo, Guam 96929

PHS 6031-1 (Rev 18/06) Instructions