LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 06-00018 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF DISMISSAL** |
| KERINA S. OSHIRO, | |
| Defendant. | |

Plaintiff, United States of America, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the instant civil action. The Defendant KERINA S. OSHIRO has not filed an answer to the complaint or a motion for summary judgment as to the cause of action. In light of recent developments regarding Defendant, as more fully described in Plaintiff's Motion to Set Aside Default Judgment, Plaintiff has determined not to pursue this action.

RESPECTFULLY submitted this 26th day of September 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney