1    **OSHIRO_K.ord**

2    LEONARDO M. RAPADAS
     United States Attorney
3    MARIVIC P. DAVID
     Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagåtña, Guam 96910-5059
     TEL: 472-7332
6    FAX: 472-7215

7    Attorney's for United States of America

**FILED**

DISTRICT COURT OF GUAM

SEP 28 2006 ⅍

MARY L.M. MORAN
CLERK OF COURT

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      FOR THE DISTRICT OF GUAM

11   UNITED STATES OF AMERICA,        )    CIVIL CASE NO. 06-00018
                                      )
12                Plaintiff,          )
                                      )         **O R D E R**
13        v.                          )
                                      )    Re: United States Motion to Set Aside
14   KERINA S. OSHIRO,                )       Default Judgment
                                      )
15                Defendant.          )
     _____)

16

17        Based upon the Plaintiff's Motion to Set Aside Default Judgment and good cause

18   appearing therefor, the Court hereby orders that the Judgment entered by the Clerk of the Court

19   against defendant on August 8, 2006 is set aside.

20        **IT IS SO ORDERED**, this _____ day of _____ SEP 2 8 2006 _____, 2006.

21

22                                    _____

23                                    Morrison C. England, Jr.
                                      Designated Judge
24                                    District Court of Guam

25

26

27                         ORIGINAL

28