ORIGINAL

```
OSHIRO_K.svc
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215
```

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KERINA S. OSHIRO,<br><br>Defendant, | CIVIL CASE NO. 06-00018<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Plaintiff's Motion to Set Aside Default Judgment, Plaintiff's Notice of Dismissal** and **Order Re: United States Motion to Set Aside Default Judgment** were sent to the defendant by certified and regular mail on September 29, 2006.

_____
MICHELLE PEREZ